# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3763

_____

Betty Deemer,                                    *
                                                 *
        Appellant,                    *
                                                 *
                                                 *  Appeal from the United States
    v.                                      *  District Court for the
                                                 *  Southern District of Iowa.
Sharon Durell,  Sued Individually;            *
Decatur County Recorder, agent                   *       [UNPUBLISHED]
Sharon Durell,                                   *
                                                 *
        Appellees.                    *

_____

Submitted:  June 15, 2000
Filed:  August 9, 2000

_____

Before BOWMAN, FLOYD R. GIBSON,[1] and MORRIS SHEPPARD ARNOLD,
    Circuit Judges.

_____

PER CURIAM.

    Betty Deemer appeals from the decision of the District Court[2] granting summary judgment to Sharon Durell and the Decatur County, Iowa, recorder's office on Deemer's

_____

[1]Complications from an automobile accident have prevented Judge Gibson from reviewing this opinion prior to its being filed.

[2]The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.

claim that her First Amendment rights were violated when then county recorder Durell discharged Deemer as assistant county recorder.  We have reviewed the order of the District Court and conclude that no error of law appears.  Accordingly, the judgment of the District Court is affirmed for the reasons discussed in that court's order.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.